IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv276

| | |
|---|---|
| DIANE GRUBB TAYLOR and RICHARD ERIC TAYLOR, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **O R D E R**<br>) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's motion for admission of attorney John E. Guerry, III as counsel *pro hac vice*. [Doc. 4].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion [Doc. 4] is **ALLOWED**, and John E. Guerry, III is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: February 8, 2011

Martin Reidinger
United States District Judge